# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALBERT BITTON

       v.

DEENA GEPHARDT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5397BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE** prior to service for failure to cure the defects in his filings. In particular, Plaintiff did not pay the filing fee and has not applied to proceed *in forma pauperis*. He has also failed to provide service documents.

| | |
|---|---|
| November 1, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |